Donald BOON; Crystal Boon,
Plaintiffs—Appellants,

and

Milagro Rivera, Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,
an Illinois corporation, Defendant—
Appellee.

Donald Boon; Crystal Boon, Plaintiffs,

and

Milagro Rivera, Plaintiff—Appellant,

v.

Allstate Insurance Company,
Defendant—Appellee.

Nos. 03–56289, 03–56446.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted March 8, 2005.

Decided March 24, 2005.

Heather M. McKeon, Esq., The Quisenberry Law Firm, John N. Quisenberry, Esq., Quisenberry & Kabateck, LLP, Los Angeles, CA; and Stuart B. Esner, Esq., and Andrew N. Chang, Esq., Esner & Chang, Pasadena, CA, for Plaintiffs—Appellants.

Stuart B. Esner, Esq., Andrew N. Chang, Esq., Thomas V. Girardi, Esq., Girardi & Keese, Los Angeles, CA, for Plaintiff.

Delores A. Yarnall, Esq., Mardirossian & Associates, Deborah A. Berthel, Los Angeles, CA; and Sangeeta Madhok, Esq., and Sangeeta Madhok, Esq., MacGregor & Berthel, Woodland Hills, CA, for Defendant—Appellee.

Before: T.G. NELSON, SILVERMAN, and TALLMAN, Circuit Judges.

ORDER*

The judgment of the district court is affirmed for the reasons given by the district court in its order dated July 7, 2003.

IT IS SO ORDERED.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.